UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04cr30028 MAP |
| ) | Violations: |
| MOHAMED ALKHAOLANI ) | 18 U.S.C. § 1546(a) |
| ) | Fraud and Misuse of Other Documents; |
| ) | 18 U.S.C. § 911 |
| ) | False Representation as United States |
| ) | Citizen |

## INDICTMENT

**COUNT ONE:** 18 U.S.C. § 1546(a), Fraud and Misuse of Other Documents

The Grand Jury charges that:

On October 24, 2002, at Springfield, in the District of Massachusetts,

**MOHAMED ALKHAOLANI,**

defendant herein, knowingly uttered, used, possessed, obtained, accepted or received a United States work authorization card, knowing it to be forged, counterfeited, altered, or falsely made, or to have been otherwise procured by fraud or unlawfully obtained.

All in violation of Title 18, United States Code, Section 1546(a).

**COUNT TWO:**   **18 U.S.C. § 911, False Representation as United States Citizen**

The Grand Jury charges that:

On December 29, 2000, at Springfield, in the District of Massachusetts,

**MOHAMED ALKHAOLANI,**

defendant herein, falsely and willfully represented himself to be a citizen of the United States.

All in violation of Title 18, United States Code, Section 911.

**A TRUE BILL**

*William H P___*
FOREPERSON OF GRAND JURY

*[signature]*
Kimberly P. West
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Springfield, May 20, 2004 at 1:28pm

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk