UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30028-MAP |
| | ) | |
| | ) | |
| MOHAMED ALKHAOLANI | ) | |

NOTICE REGARDING ENTRY
OF A PLEA OF GUILTY

In the event Defendant decides at any time before trial to enter a plea of guilty, United States

Magistrate Judge Kenneth P. Neiman is authorized by Rule 5 of the Rules for United States

Magistrates in the District of Massachusetts, with the consent of the parties, to conduct the

proceedings required by Rule 11 of the Federal Rules of Criminal Procedure, incident to the making

of the plea. If, after conducting such proceedings, the Magistrate Judge reports and recommends that

the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule

32 of the Federal Rules of Criminal Procedure. The assigned United States District Judge will then

act on the Magistrate Judge's Report and Recommendation and, if the plea of guilty is accepted, will

adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to

accept or reject any associated plea agreement and will determine and impose sentence.

CONSENT

I hereby declare my intention to enter a plea of guilty in the above case, and I request and
consent to United States Magistrate Judge Kenneth P. Neiman conducting the proceedings required
by Rule 11 of the Federal Rules of Criminal Procedure, incident to the making of such plea. I
understand that if my plea of guilty is then accepted by the District Judge, the District Judge will
decide whether to accept or reject any plea agreement I may have with the United States and will
adjudicate guilt and impose sentence.

Date:

_____
Defendant

_____
Defendant's Attorney

Consented to by the United States:

_____
(Signature)

Date: 6/18/04

Kaverl L. Goodwin, AUSA
Printed name and title