UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                          CRIMINAL NO. 04-30028-MAP

MOHAMED ALKHAOLANI

ORDER REGARDING REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

JULY 19, 2004

PONSOR, D.J.

Upon de novo review, the Report and Recommendation of Magistrate Judge Kenneth P. Neiman dated June 18, 2004 is hereby ADOPTED, without objection. The plea is hereby accepted. The clerk is ordered to enter defendant's plea of guilty to Counts I and II of the indictment into the records of the court as of this date, and to issue a procedural order scheduling the defendant for sentencing.

It is so ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U.S. DISTRICT JUDGE