UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

UNITED STATES OF AMERICA )
)
)
vs. ) NO. 04-300028-MAP
)
MOHAMED ALKHAOLANI )

## MOTION TO CONTINUE SENTENCING

Now comes counsel for the defendant and respectfully requests this Honorable Court reschedule defendant's sentencing hearing. As grounds for this request counsel relies upon the affidavit attached in support of the motion.

If this motion is allowed counsel is requesting a date close in time to that presently scheduled as the defendant is expected to receive a sentence that will be satisfied when credit for time held is calculated. Counsel is requesting sentencing to be rescheduled to any of the following afternoons; 8/13/04, 8/16/04, 8/20/04.

THE DEFENDANT

BY:_____
Mark G. Mastroianni, Esq.
95 State Street, Suite 309
Springfield, Ma. 01103
(413) 732-0222
BBO #556084

## CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Kim West, Esq., One Courthouse Way, Suite 9220, Boston, MA. 02210 this /c day of August, 2004.

_____
Mark G. Mastroianni