UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S...

...DISTRICT COURT...

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) NO. 04-300028-MAP | |
| ) | |
| MOHAMED ALKHAOLANI ) | |

AFFIDAVIT IN SUPPORT OF MOTION TO CONTINUE

1. My name is Mark G. Mastroianni; I am an attorney appointed to represent the defendant in the above entitled matter.

2. This matter has been scheduled for a sentencing hearing at which time it is anticipated the defendant will receive between a 4 and 6 month sentence which is also likely to be satisfied with credit for the time defendant has been held awaiting sentencing.

3. This defendant faces immigration ramifications and an important issue has been getting the defendant into the custody of the immigration authorities so he can pursue issues available to him regarding deportation.

4. As timing has been a critical factor in an attempt to get this case done as soon as possible, the parties entered a plea of guilty in front of Magistrate J. Nieman and asked that matters be expedited in order to not interfere with the defendant's business with the immigration services given the relatively short period of incarceration which has been satisfied by time held awaiting sentencing.

5. I recently learned my wife's physician has recommended she have a surgical procedure and that matter has been scheduled the same day this criminal case was set for sentencing.

6. I will be unavailable to appear for any court matters on August 17th due to this family situation.

7. Unfortunately, beginning on August 23rd I am scheduled to start a murder trial in state court which will last at least 7 - 10 days and for this reason I have requested specific dates so the defendant's immigration situation is not compromised by my need to attend to personal issues.

8. I will be contacting Assistant United States Attorney, Kim West to determine her position on this issue and will advise the clerk accordingly.

Signed under the pains and penalties of perjury this  9  day of August, 2004.

_____
Mark G. Mastroianni